Case 1:11-cv-12017-NMG   Document 18   Filed 12/09/13   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br> EX REL. TIMOTHY J. GOULDEN <br> Plaintiffs, <br><br> v. <br><br> BAE SYSTEMS INFORMATION AND ELECTRONIC <br> SYSTEMS INTEGRATION, INC.; BAE SYSTEMS, INC.; <br> AND BAE SYSTEMS PLC, <br> Defendants. | C.A. #11-12017-NMG |

## PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST THE DEFENDANT BAE SYSTEMS PLC ONLY

Now comes the Plaintiff-Relator Timothy J. Goulden and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) hereby Voluntarily Dismisses Only the Claims asserted Against the Defendant BAE Systems PLC.

Rule 41(a)(1)(A)(i) allows the voluntary dismissal of the above-described claim as of right because neither an answer or a motion for summary judgment has been served.

This dismissal is WITHOUT PREJUDICE and is not intended to operate as an adjudication upon the merits of any claim asserted in the action.

This Notice of Voluntary Dismissal of the Claim Against BAE Systems PLC WITHOUT PREJUDICE has been assented to by the United States Government.

                                    Respectfully Submitted,
                                    United States of America, Ex Rel.
                                    Timothy J. Goulden
                                    By Relator's Attorney

Date: December 9, 2013                  /s/ Robert C. Autieri
                                    Robert C. Autieri, Esquire B.B.O. # 024342
                                    LAW OFFICES OF ROBERT C. AUTIERI
                                    Willows Professional Park
                                    811 Turnpike Street
                                    North Andover, MA 01845-6133
                                    978-681-0737
                                    rcalaw1@aol.com

ASSENTED TO:                     /s/ Zachary A. Cunha
                                    Zachary A. Cunha, Assistant U.S. Attorney
Date: December 9, 2013                United States Attorney's Office
                                    John Jos. Moakley U.S. Courthouse
                                    One Courthouse Way, Ste. 9200
                                    Boston, MA 02210
                                    617-748-3309
                                    anton.giedt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 9, 2013.

                                                      /s/ Robert C. Autieri