UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA              )
EX REL. TIMOTHY J. GOULDEN            )
    Plaintiffs,                                )
                                                         )
v.                                                      )
                                                         )    C.A. #11-12017-NMG
BAE SYSTEMS INFORMATION AND ELECTRONIC    )
SYSTEMS INTEGRATION, INC.; BAE SYSTEMS, INC.;  )
AND BAE SYSTEMS PLC,                  )
    Defendants.                             )
_____)

**PLAINTIFF-RELATOR'S NOTICE OF AMENDMENT OF
VERIFIED *QUI TAM* COMPLAINT AS A MATTER OF COURSE
PURSUANT TO FED. R. CIV. P. 15(a)(1)**

Now comes the Plaintiff-Relator Timothy J. Goulden and pursuant to Federal Rules of Civil Procedure 15(a)(1) hereby Amends as a Matter of Course, his Verified *Qui Tam* Complaint by substituting thereafter the attached Verified First Amended *Qui Tam* Complaint.

Federal Rule of Civil Procedure 15(a)(1) permits this Amendment as a matter of right because the Amendment has been made within twenty-one (21) days of the service of the Verified *Qui Tam* Complaint.

        Respectfully Submitted,
        United States of America, Ex Rel.
        Timothy J. Goulden
        By Relator's Attorney

Date:   December 9, 2013        /s/ Robert C. Autieri
        Robert C. Autieri, Esquire B.B.O. # 024342
        LAW OFFICES OF ROBERT C. AUTIERI
        Willows Professional Park
        811 Turnpike Street
        North Andover, MA 01845-6133
        978-681-0737
        rcalaw1@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 9, 2013.

        /s/ Robert C. Autieri