UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TIMOTHY J. GOULDEN,<br><br>                     Plaintiff,<br><br>v.<br><br>BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION, INC., and BAE SYSTEMS, INC.,<br><br>                     Defendants. | Civil Action No. 11-12017-NMG |

## MOTION TO DISMISS

BAE Systems Information and Electronic Systems Integration, Inc. ("BAE Systems"), joined by its parent, BAE Systems, Inc. ("Inc."), respectfully move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Verified First Amended *qui tam* Complaint.

The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, BAE Systems and Inc. respectfully request that the Verified First Amended *qui tam* Complaint be dismissed.

| | |
|---|---|
| Dated:  January 31, 2014 | BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION INC. and BAE SYSTEMS, INC. |
| | By their attorneys, |
| | /s/ David B. Chaffin |
| | David B. Chaffin (BBO # 549245) |
| | Eric B. Hermanson  (BBO # 560456) |
| | Michael N. Onufrak (*pro hac vice*) |
| | David E. Edwards (*pro hac vice*) |
| | WHITE AND WILLIAMS LLP |
| | 99 Summer Street, Suite 1530 |
| | Boston, MA 02110 |
| | Tel:  (617) 748-5215 |
| | chaffind@whiteandwilliams.com |
| | hermansone@whiteandwilliams.com |
| | onufrakm@whiteandwilliams.com |
| | edwardsd@whiteandwilliams.com |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(d) of the Local Rules of this Court, BAE Systems and Inc. respectfully request oral argument on this motion.

/s/David B. Chaffin
David B. Chaffin

## CERTIFICATE OF CONSULTATION

Pursuant to Rule 7.1(a) of the Local Rules of this Court, I certify that counsel have conferred and attempted in good faith to resolve or narrow the issues presented by this motion, but have been unable to do so.

/s/David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any other counsel and parties by regular mail on this 31st day of January 2014.

/s/David B. Chaffin
David B. Chaffin